**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **PEAKOPIA, LLC, a Texas limited liability company;**<br><br>**Plaintiff,**<br><br>vs.<br>**MUNOZ FRESH PRODUCE LLC; MARLENE SANTOS; and DELENEY SANTOS;**<br><br>**Defendants.** | **8:25CV664**<br><br><br>**ORDER** |

This matter comes before the Court after review of the Response to Second Order to Show Cause (Filing No. 28) filed by Plaintiff, Peakopia, LLC ("Peakopia"). After review of the response, the Court finds Peakopia has demonstrated good cause to extend the deadline to properly serve the defendants and file the requisite proof in accordance Rule 4 of the Federal Rules of Civil Procedure and Nebraska law. See Neb Rev. Stat. § 25-507.01(1) ("Within twenty days after the date of issue, the person serving the summons, other than by certified mail service or designated delivery service, shall make proof of service to the court stating the time, place, including the address if applicable, name of the person with whom the summons was left, and method of service, or return the unserved summons to the court with a statement of the reason for the failure to serve."); Fed. R. Civ. P. 4(l)(1) ("[P]roof of service must be made to the court."). Accordingly,

**IT IS ORDERED:**

1. The show cause deadline is terminated.
2. Plaintiff shall have an extension of time to **August 28, 2026,** to complete service of process upon the defendants and file proof of service with the Court. See Fed. R. Civ. P. 4(m).
3. Plaintiff's Motion for Clerk's Entry of Default (Filing No. 25) is denied.

Dated this 16th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge