IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PEAKOPIA, LLC,

Plaintiff,

v.

MUNOZ FRESH PRODUCE LLC,
MARLENE SANTOS, DELENEY
SANTOS,

Defendants.

**8:25CV664**

**ORDER**

This matter is before the Court on plaintiff Peakopia, LLC's ("Peakopia") Motion for Preliminary Injunction and Expedited Discovery (Filing No. 9) and Motion for Default Judgment against defendants Munoz Fresh Produce LLC, Marlene Santos, and Deleney Santos (collectively, the "defendants") (Filing No. 17). On July 16, 2026, in response to an Order to Show Cause (Filing No. 27), Peakopia conceded that it has not properly served any of the defendants in this case and requested additional time "to obtain newly issued summonses and complete and prove service on all three Defendants" (Filing No. 28).

Finding good cause, the Court granted that request, giving Peakopia until August 28, 2026, "to properly serve the defendants and file the requisite proof in accordance Rule 4 of the Federal Rules of Civil Procedure and Nebraska law." Given Peakopia's concession, the Court denied its then-pending Motion for Clerk's Entry of Default (Filing No. 25). *See Norsyn, Inc. v. Desai*, 351 F.3d 825, 828 (8th Cir. 2003) ("If the party against whom a default judgment is sought has incurred no obligation under the Federal Rules of Civil Procedure to 'plead or otherwise defend' the action, the district court does not abuse its discretion in refusing to grant such relief."); *Peakopia, LLC v. Munoz Fresh Produce LLC*, No. 8:25CV664, 2026 WL 1865673, at *1 (D. Neb. June 29, 2026) (setting aside the clerk of court's entry of default "[b]ecause Peakopia had not properly served the individual defendants before obtaining" it).

To clean the rest of the slate and eliminate any confusion or uncertainty about briefing deadlines, the Court hereby denies Peakopia's Motion for Preliminary Injunction and Expedited Discovery (Filing No. 9) and Motion for Default Judgment (Filing No. 17) without prejudice to Peakopia reasserting either motion should it decide the circumstances warrant it.   The Clerk of Court's February 13, 2026 Entry of Default against Munoz Fresh Product, LLC (Filing No. 16) is set aside.

IT IS SO ORDERED.

Dated this 17th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

2